UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LUIS FERNANDO BERISTAIN CASTRO,

Petitioner,

v.

BRUCE SCOTT, et al.,

Respondents.

C26-2372 TSZ

ORDER

Respondent Julio Hernandez, Director of the Seattle Immigration and Customs Enforcement ("ICE") Field Office, has filed a notice of an intent to remove petitioner Luis Beristain Castro. *See* Notice, Ex. A to Clark Decl. (docket no. 7-1). The notice does not identify the country to which petitioner would be removed or specify an anticipated date of removal, other than sometime during the month of July 2026. If allowed to proceed, such removal might occur before respondents have filed a return to the pending habeas petition. *See* Scheduling Order (docket no. 3) (setting a deadline of July 22, 2026, for the return). To prevent respondents, ICE, the U.S. Department of Homeland Security ("DHS"), and/or any ICE or DHS officials or personnel from depriving the Court of jurisdiction in this matter, the Court hereby ORDERS as follows:

(1)  Petitioner shall **NOT** be removed from the United States or transferred out of the Western District of Washington pending further Order of the Court; and

ORDER - 1

(2)	The Clerk is directed to send a copy of this Order to all counsel of record and to petitioner pro se.

IT IS SO ORDERED.

Dated this 16th day of July, 2026.

_____
Thomas S. Zilly
United States District Judge

ORDER - 2