UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LUIS FERNANDO BERISTAIN CASTRO,<br><br>Petitioner,<br><br>v.<br><br>BRUCE SCOTT, et al.,<br><br>Respondents. | Case No. 2:26−cv−02372−TMC<br><br>ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS |

## I. ORDER

The petition for writ of habeas corpus is DENIED. At the time he was detained, Petitioner Luis Fernando Beristain Castro qualified as a Bond Denial Class member under *Rodriguez Vazquez v. Bostock*, 802 F. Supp. 3d 1297 (W.D. Wash. 2025). Dkt. 10 at 2. As a class member, he was "subject to the detention regime of § 1226, not § 1225(b)(2)(A)." *Rodriguez Vazquez v. Bostock*, --- F.4th ---, 2026 WL 2196424, at *3 (9th Cir. July 30, 2026). Before filing his habeas petition, however, Petitioner was granted voluntary departure, which converted to a final order of removal on July 29, 2026. Dkt. 11 ¶ 10; Dkt. 12-3; Dkt. 15. Because Petitioner is now subject to a final order of removal, his detention is mandatory under § 1231(a)(1). Dkt. 15 at 1. Accordingly, he is not entitled to habeas relief and the Court ORDERS as follows:

1. The petition for writ of habeas corpus (Dkt. 1) is DENIED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at the party's last known address.

Dated this 10th day of August, 2026.

Tiffany M. Cartwright
United States District Judge